UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

In re:                                                                                    Case No. 16-19260-LMI
Yoire M Gonzalez,
                                                                                          Chapter 7
Debtor.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR

Counsel for the Debtor, Robert Sanchez, Esq. and Robert Sanchez, P.A. (herein the "Firm"), pursuant to Local Rule 2091-1 moves to withdraw as counsel for the Debtor, Yoire M Gonzalez, and in support provides as follows:

1. The Debtor filed the instant Chapter 7 case on June 30, 2016.

2. The Debtor appeared at the meeting of creditors on August 1, 2016, and the Trustee requested additional documentation and information from the Debtor.

3. The undersigned has been unable to obtain the Debtor's cooperation despite several requests.  At this time, the undersigned has lost all contact with the Debtor such that the Firm can no longer represent the Debtor in this case.

4. Accordingly, the undersigned requests this Court to enter an Order (a) authorizing withdrawal as counsel for the Debtors, and (b) instructing that all future communications and pleadings concerning this bankruptcy case be forwarded to the Debtor as follows:

    Yoire M Gonzalez
    1305 NW 182 St
    Miami, FL 33169-4156

5. The Debtor has been sent a copy by Certified Mail of the instant motion and the implications thereunder.

6. Therefore, the undersigned requests that this Court allow the undersigned to withdraw as counsel for the Debtor, and allow the Debtor time to retain other counsel so that he may comply with the Trustee's requests.

WHEREFORE, it is respectfully requested that this Court enter an Order allowing the undersigned to withdraw as counsel for the Debtor in this bankruptcy procedure and absolving counsel of any and all further responsibility for representing the Debtor, and allow the Debtor additional time to retain new counsel so that the Debtor may comply with the Trustee's requests.

## Certificate of Service

I HEREBY CERTIFY that a copy of this Motion to Withdraw as Counsel for Debtor was delivered by U.S. Mail on this 28th day of December, 2016 to Trustee, Jacqueline Calderin, 247 SW 8 St # 880, Miami, FL 33130; Matthew A Petrie Ehrenstein Charbonneau Calderin, 501 Brickell Key Drive #300, Miami, FL 33131; and via U.S. Mail and Certified Mail to Debtor, Yoire M Gonzalez, 1305 NW 182 St., Miami, FL 33169-4156, and all creditors of record.

/s/ Robert Sanchez
Robert Sanchez, Esq.
Robert Sanchez, P.A.
355 West 49th Street
Hialeah, FL 33012
Tel: (305) 687-8008
Fl Bar No. 0442161