## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
### www.flsb.uscourts.gov

*In re:*                                                                 Case No.: 16-19260-LMI

YOIRE M. GONZALEZ,                                           Chapter 7

      Debtor.                                                     /

## TRUSTEE'S THIRD MOTION TO EXTEND TIME TO OBJECT TO DEBTOR'S DISCHARGE UNDER 11 U.S.C. § 727

Jacqueline Calderin, Chapter 7 Trustee (the "Trustee") of the estate of Yoire M. Gonzalez (the "Debtor"), by and through undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 9006(b), respectfully moves for the entry of an order extending the time period during which the Trustee may object to the Debtor's discharge under 11 U.S.C. § 727 (the "Discharge Objection Deadline"). In support of the Motion, the Trustee states:

### BACKGROUND

1. On June 30, 2016 (the "Petition Date"), the Debtor filed a Voluntary Petition for relief under Chapter 7 of the Bankruptcy Code.

2. The meeting of creditors under section 341 of the Bankruptcy Code (the "341 Meeting") was concluded on August 1, 2016 at 4:00 p.m. [ECF#'s 2 and 12]. At the conclusion of the 341 Meeting, the Trustee requested additional documents from the Debtor, including bank statements for the Debtor's individual and business bank accounts as well as an accounting of the use of certain funds so that the Trustee and her professionals can investigate the full extent of the Debtor's financial affairs.

3. The Debtor failed to provide the requested documents, and on September 28, 2016, the Trustee filed the *Trustee's Agreed Ex Parte Motion To Extend Time To Object To*

1

*Debtor's Discharge Under 11 U.S.C. § 727* [ECF# 21], which was granted by the Court on September 30, 2016 [ECF# 23].

4. Despite several requests, the Debtor again did not produce the documents requested by the Trustee. Thus, on November 22, 2016, with the agreement of the Debtor, the Trustee filed the Trustee's Second Agreed Ex Parte Motion to Extend Time to Object to Debtor 11 U.S.C. § 727 [ECF #29], which was granted by the Court on November 28, 2016 [ECF #30]. Accordingly, the Discharge Objection Deadline is December 29, 2016.

## RELIEF REQUESTED AND BASIS THEREFOR

5. By this Motion, the Trustee requests that the Court extend the Discharge Objection Deadline for an additional 30 days through and including January 27, 2016. Bankruptcy Rule 4004(b)(1) provides, in relevant part, that "the court may for cause extend the time to object to discharge." Fed. R. Bankr. P. 4004(b)(1). The Trustee submits that cause exists here to extend the Discharge Objection Deadline based on the Debtor's lack of cooperation in providing documents to the Trustee, thereby hindering the Trustee's investigation of the Debtor's assets and liabilities. The Trustee has sought to obtain basic financial records from the Debtor, through her counsel, on a consensual basis. To date, however, the Debtor has provided only seven months of bank statements for the Debtor's business, but all other requests are outstanding.

6. The Trustee is preparing to subpoena all necessary documents from either the Debtor or the applicable financial institutions and needs additional time to obtain the documents and complete her analysis. In order to preserve any issues that may arise or that the Trustee may discover during this process, the Trustee requests an additional extension of the Discharge

Objection Deadline for 30 days.[1] Based on the Debtor's lack of cooperation in discovery, cause therefore exists to extend the Discharge Objection Deadline.

**WHEREFORE** the Trustee respectfully requests that the Court enter an order (i) extending the Discharge Objection Deadline through and including December 29, 2016, and (ii) providing for such other and further relief as the Court deems just and proper.

> EHRENSTEIN CHARBONNEAU CALDERIN
> *Counsel for Chapter 7 Trustee*
> 501 Brickell Key Drive, Suite 300
> Miami, Florida 33131
> T. 305.722.2002    F. 305.722.2001
> www.ecclegal.com
>
> By:   */s/ Matthew A. Petrie*
>       Matthew A, Petrie
>       Florida Bar No: 44770
>       map@ecclegal.com

---

[1] Although the Debtor has agreed to two prior extensions, immediately prior to filing this Motion, counsel for the Debtor filed a motion seeking to withdraw as counsel to the Debtor as a result of the Debtor's failure to communicate with her counsel. Consequently, the Debtor has not agreed to the requested extension and Debtor's counsel is unable to agree to the extension on the Debtor's behalf.

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on December 29, 2016.

*I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am qualified to practice in this Court as set forth in Local Rule 2090-1(A).*

EHRENSTEIN CHARBONNEAU CALDERIN
*Counsel for Chapter 7 Trustee*
501 Brickell Key Drive, Suite 300
Miami, Florida 33131
T. 305.722.2002    F. 305.722.2001
www.ecclegal.com

By: _____
Matthew A. Petrie
Florida Bar No: 44770
map@ecclegal.com

4