# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION
### www.flsb.uscourts.gov

*In re:*

YOIRE M. GONZALEZ,                                  Case No.: 16-19260-LMI

      Debtor.                             /          Chapter 7

## TRUSTEE'S NOTICE OF TAKING
## RULE 2004 EXAMINATION *DUCES TECUM*

**TO:**    Yoire M. Gonzalez
           1305 NW 182 Street
           Miami, FL 33169-4156

**PLEASE TAKE NOTICE** Jacqueline Calderin, Chapter 7 Trustee (the "Trustee") of the estate of Yoire M. Gonzalez (the "Debtor"), by and through undersigned counsel, gives notice of the examination of the Debtor, **Yoire M. Gonzalez**, under oath on **January 18, 2017 at 10:30 a.m.** at **Ehrenstein Charbonneau Calderin, 501 Brickell Key Drive, Suite 300, Miami, Florida 33131 T : 305.722.2002**. If the examinee receives this notice less than seven days prior to the scheduled examination date (or less than ten days if examination is taking place outside of Florida), the examination will be rescheduled upon timely request to a mutually agreeable time. The examination may continue from day to day until completed.

The examination is pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Local Rule 2004-1(B), and will be taken before an officer authorized to record the testimony. The scope of the examinations shall be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1 no order shall be necessary.

If the examinees require an interpreter it is the examinee's responsibility to engage the employment of such interpreter to be present at the examinations.

*Duces Tecum*

**The examinee is further directed to deliver a written response and the following documents to Counsel for the Trustee seven days prior to the date of the examination:**

**THOSE DOCUMENTS IDENTIFIED ON EXHIBIT "A" ATTACHED HERETO-**

**IF YOU FAIL TO APPEAR YOU MAY BE IN CONTEMPT OF COURT.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case, via e-mail to Mr. Jose Blanco, Esq. (jblanco@bankruptcyclinic.com) counsel for the Debtor, and via U.S. Regular Mail and U.S. Certified Mail to the Debtor, as indicated below on December 30, 2016.

                                **EHRENSTEIN CHARBONNEAU CALDERIN**
*Attorneys for Chapter 7 Trustee*
501 Brickell Key Drive, Suite 300
Miami, Florida 33131
T. 305.722.2002     F. 305.722.2001
www.ecclegal.com

By: */s/ Matthew A. Petrie, Esq.*
     Matthew A. Petrie, Esq.
     Florida Bar No.: 44770
     map@ecclegal.com

**Via U.S. Mail & Certified U.S. Mail**
**Yoire M. Gonzalez**
1305 NW 182 Street
Miami, FL 33169-4156

cc:    Oulette & Mauldin (OMCTREP@aol.com)

## DEFINITIONS

1. As used herein, the term **"document"** includes every writing, printed or graphic matter, or record of any type and description, including ESI, that is in the possession, control or custody of the Debtor, including without limitation, the original and any non-identical copy of any of the following: correspondence, memoranda, stenographic or handwritten notes (of meetings, conferences, and telephone or other conversations or communications), minutes of meetings, drafts, studies, publications, press releases, statements, transcripts of testimony, affidavits, summaries, excerpts, journals, diaries and calendar or diary entries, books, records, accounts pamphlets, voice recordings, reports, surveys, tables, charts, statistical compilations, analyses, applications, work papers, forms, or other writing or recording of any kind. The term "document" also includes any commentary or notation of any kind which does not appear on the original or on another copy. Without limitation of the term "control", a document is deemed to be within the control of the Debtor if the Debtor has ownership, possession, or custody of the document or a copy thereof or the right or ability to secure the document or a copy thereof from any other person or public or private entity having physical possession thereof.

2. **"Person"** means any natural person or any entity, including, without limitation, any individual, firm, corporation, company, association, partnership, business, public agency, department, bureau, board, commission, or any other form of public, private or legal entity.

3. Any reference herein, whether specific or within the term "person", to any public or private company, partnership, association, or other entity includes such entity's subsidiaries and affiliates and the entity's and its subsidiaries' and affiliates' present and former directors, officers, employees, attorneys, agents, or anyone acting for any of them at their direction, or under their control.

4. **"Relating to"** means containing, constituting, showing, mentioning, reflecting, or pertaining or referring in any way, directly or indirectly, to, and is meant to include, among other documents, documents underlying, supporting, now or previously attached or appended to, or used in the preparation of any document called for by each request.

5. The term **"Debtor"** refers to **YOIRE M. GONZALEZ**.

6. "**You**" or "**Your**" refers to **YOIRE M. GONZALEZ**.

7. The singular form of a noun or pronoun shall be considered to include within its meaning the plural form of the noun or pronoun, and vice versa. The masculine form of a noun or pronoun shall be considered to include within its meaning the feminine form of the noun or pronoun, and vice versa.

8. Regardless of the tense employed, all verbs shall be read as applying to the past, present and future as is necessary to make any paragraph more, rather than less, inclusive.

9. The term **"Business"** shall refer to any entity or enterprise in which You have held greater than a 25% management or ownership interest, including, without limitation, whether it is an enterprise for profit or not for profit, a general partnership, any individual, firm, corporation, company, association, partnership, limited partnership, joint venture, corporation, sole proprietorship, business, public agency, department, bureau, board, commission, or any other form of public, private or legal entity or other type of organization.

10. The term **"Petition Date"** means June 30, 2016, the date on which the Debtor in the above-captioned case filed the petition for relief under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida.

## INSTRUCTIONS

In responding to these requests you are required to produce those materials within Your custody or control, and in addition, those in the possession of or obtainable by Your attorneys, investigators, adjusters, insurance carriers, representatives, agents or anyone acting on Your behalf.

If, in responding to this Request, you withhold production of any document on the ground of a privilege not to disclose the document, please state with respect to each such document:

I. The type of document involved and a general description of the context of the document;

II. The name, business, and residence address and telephone numbers and position of the individual from whom the document emanated;

III. The name, business, and residence address and telephone numbers and position of each individual to whom the document or documents were sent;

IV. The privilege upon which Debtor rely in withholding the document;

V. The facts upon which Debtor relies in support of their claim that they were privileged to withhold the document or documents;

VI. The names, business and residence address and telephone numbers, and positions or occupations of individuals known or believed by the Debtor to have knowledge concerning the factual basis for Debtor's assertion of privilege with regard to the document.

## TIME LIMITATION

Unless otherwise specified, the requests sought for each category of documents are within **four years** prior to the Petition Date.

## EXHIBIT "A"

1. Provide a copy of your driver's license and any and all passports issued in Your name.

2. Copies of any and all bank statements, bank records, including checks, cancelled checks, check stubs, deposit slips, receipts, withdrawal slips, teller checks, wire transfer advices, signature cards, proof of account closure, and the like for any and all bank accounts (domestic and/or foreign) (i) maintained by You (a) individually; (b) jointly or severally with another person or persons, including but not limited to, tenancy by the entireties; (c) in connection with any business enterprise, corporation, partnership, association, or other affiliation in which You have an interest and/or check signing authority; or (ii) to which you have or had access and/or deposited or withdrew funds, including but not limited to, savings accounts, checking accounts, investment accounts, business accounts, corporate accounts, mutual funds, or trust accounts of any nature, that cover or are related to the four year period time leading up to the Petition Date.

3. Statements for the four year period of time before Petition Date for all 401K Retirement Plans, IRA, ERISA, Keogh, or other pension or profit sharing plan the Debtor have an interest in, or had an interest in within four years of the Petition Date, including, but not limited to, those disclosed on Official Form 106 A/B #21.

4. Bills of sale, contracts, closing statements, title insurance policies or other written evidence of any kind for any personal or real property purchased, transferred, sold, gifted or otherwise disposed of by the Debtor for the past four years.

5. The deeds to all real property owned by You or titled in Your name.

6. Closing statement (HUD-1 or equivalent for real estate) for any real or personal property (valued at $10,000.00 or more) bought, sold, transferred, refinanced or modified in the **two years** prior to the Petition Date.

7. All written lease and rental agreements relating to any real property leased or rented by You or on Your behalf.

8. All documents reflecting rent rolls and/or the receipt and/or disposition of rental proceeds received by You or on Your behalf from any and all real property rented and/or leased to any third person or entity.

9. Complete copies of all of Your federal, state, and local income tax returns (foreign and domestic), including any and all attachments and documents utilized, reviewed or otherwise considered for preparation of the tax returns for the past four years. If You did not file a tax return for any year, provide a copy of any written extension granted to You by the IRS or other document excusing You from filing file an income tax return. All documents related to any income tax returns or refunds You have received in the last four years or have claimed a right to in the last four years whether You retained such refunds.

10. All Certificates of Title, registrations, bills or sale, receipts, lease agreements, and other evidence of ownership or possession within the 48 months prior to the Petition Date for any (i) jet-ski, boat, launches, cruisers, or other vessels of any type; (ii) automobiles, motorcycles, or other motor vehicles of any type; (iii) planes, helicopters, jet planes; (iv) commercial, business or personal equipment including vending machines; and (v) all other items to which title is evidenced by Certificate of Title, which has been in Your name, or the name of another but for which You are the true owner or primary user, or for which You have made payments (whether

or not legal title is in Your name), including but not limited to the following vehicles and watercrafts:

- 2007 Peterbilt 387, VIN 1XP7DB9X67D683497
- 2010 Ford F150
- 1990 GMC WIA Areo Series
- 2006 Kenworth T2000
- 1997 Toyota Tercel
- 1990 Ford Ranger
- 2004 Chevrolet Malibu
- 1988 Chevrolet Cavalier
- 1986 Nissan Sentra
- 1996 Offshore Yacht, Hull ID OSY21598I596

11. Provide model, exact mileage, pictures, proof of registration, title, insurance and a copy of a current statement showing amount outstanding or pay-off for the vehicles and watercraft listed above.

12. The declaration page(s) for all automobile insurance for the Debtor, and for any automobiles in which the Debtor hold or have held a legal or equitable interest at any time for the four years prior to the Petition Date, including, but not limited to, the vehicles identified in Request No. 10.

13. Copies of all Documents indicating any claims the Debtor may have against any third party, including demands and/or pleadings.

14. Copies of all financial statements, loan applications or other Documents submitted by the Debtor to any entity extending credit to the Debtor or from whom the Debtor sought an extension of credit with the five years prior to the Petition Date.

15. All Documents, including copies of all trust agreements, showing your status (beneficiary, trustee or otherwise) of any trust fund and Documents evidencing payments, either amount or when made, from said trust fund(s).

16. All applications, policies, attachments, addenda, and other documents pertaining to any insurance policy for loss to any life or property, real or personal, that (i) You own individually, or jointly with any other party, corporation, partnership, business, association, or other affiliation, or (ii) for which You are or have been a beneficiary, including, but not limited to, insurance for (a) automobiles, boats, planes or other vehicles or vessels; (b) personal property, including but not limited to, artwork, antiques, jewelry, collectibles, furniture, fixtures and all other personal property; (c) equipment; (d) real property; and (e) life insurance.

17. All documents reflecting any claims made by You or on Your behalf under any insurance policy within the four years prior to the Petition Date.

18. All documents reflecting any claim that you did not file, but that You could potentially have made under any insurance policy within the four years prior to the Petition Date.

19. All documents relating to any safe deposit box or storage unit held in Your name, or that You use or have access to, or any box that You previously maintained in Your name or had access to in the four year period of time prior to the Petition Date, including pictures of all items contained in any safe deposit box and/or storage unit that You use or have access to.

20. All documents provided to any lender or financial institution for borrowing money, and buying real estate and/or personal property.

21. All professional licenses held by You or any entity in which You have an interest or had an interest within the four-year period of time before the Petition Date, whether individually, or jointly with any other persons, or for any corporations, partnerships, professional associations, joint ventures, affiliations, organizations, or other entities in which You hold an interest.

22. All documents evidencing your past and current employment in the last four years.

23. A copy of your Marriage Certificate, and/or Dissolution of Marriage, if any, and a complete copy of each Marital Settlement Agreement and all legal documents, if any, affecting the status of your marriage or any divorces for the previous ten years.

24. A copy of your credit report and a copy of your non-filing spouse's credit report.

25. Documents evidencing any pending litigation against You, including a copy of the complaint and any judgments.

26. Please provide a description of Your interest in each of the following entities and disclose whether or not each entity is currently active:

(a) G & G Cargo LLC and

(b) Landscaping Corp.

27. Provide copies of all certificates of stock owned or beneficially held by You either individually, or jointly with any other persons, or for any Business in which You hold an interest, including those identified in Request 26.

28. All Documents showing, describing or referring to any direct, beneficial or trust interest held by You or in which You are a beneficiary or have an interest or serve as Trustee.

29. All documents, inventories, appraisals or other form of compilation evidencing the value of Your interest in personal or real property, either individually or jointly with any other party, corporation, partnership, business, association, or other affiliation.

30. All documents that would support and/or establish the value of any entity identified in Request 26, including but not limited to books, records, profit and loss statements, balance sheets, general ledgers, financial reports, or financial statements (audited or unaudited).

31. Copies of all federal, state, and local income tax returns (foreign and domestic), including all attachments and documents utilized, reviewed or otherwise considered for preparation of the tax returns for the past four years for any entity owned or beneficially held by You or in which You have an interest, either individually, or jointly with any other persons, or for any corporations, partnerships, professional associations, joint ventures, affiliations, organizations, or other entities in which You hold or have ever held an interest, including, but not limited to those entities listed in Request 26. If You or any of the entities identified in Request 26 did not file a tax return for any year, provide a copy of any written extension granted to You by the IRS or other document excusing You from filing file an income tax return.

32. All bank records, applications, checks, cancelled checks, check stubs, bank statements, deposit slips, receipts, withdrawal slips, teller checks, wire transfer advices, signature cards, and the like for any and all bank accounts (foreign and domestic) maintained by any entity identified in Request 26.

33. All documents evidencing the transfer of any property, property interest, financial interest, assets, inventory, goods, accounts receivable, or any other thing of value whether from one form to another or from one account to another account, including but not limited to, bills of sale, deeds, closing statement(s), contracts or other documents showing or reflecting any transfer

of any property (real and/or personal (tangible and/or intangible)) by, from or to You or from or to any entity including these identified in Request 26.

34. Copies of all credit card statements in which You have or had an interest within the four year period of time before the Petition Date, whether individually or jointly with any other persons, or for any corporations, limited liability corporations, partnerships, limited partnerships, professional associations, joint ventures, affiliations, organizations, or other entities in which You hold an interest.

35. Provide a full accounting of all cash advances taken from any credit card or line of credit in Your name or the name of any entity in which you have an interest, and provide detailed descriptions of what the money was used for.

36. All financial records or other documents showing or tending to show all money due, including accounts receivable aging, to You or any entity identified in Request 26 above, with any records You may have showing or tending to show all persons or entities who owed You money, including all insurance proceeds, commissions, bonuses, distributions, dividends, or other income related to any employment, contract, employment, services, or interests in any entity that You may currently have or had in the four years before the Petition Date and expected to accrue or be received post-petition, including all commissions due from sale of real estate by whomever owned and from whatever source.

37. All documents not specifically described above pertaining to any financial transactions made by and between You or any entity identified in Request 26 and any other entity including, but not limited to, partnership agreements, employment agreements, loan documents, leases of real or personal property, and purchase and sale contracts.