UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 16-19260-LMI |
| YOIRE M. GONZALEZ, | Chapter 7 |
| Debtor.                                    / | |

TRUSTEE'S MOTION TO COMPEL DEBTOR TO PRODUCE
DOCUMENTS RESPONSIVE TO TRUSTEE'S AMENDED NOTICE OF
TAKING RULE 2004 EXAMINATION *DUCES TECUM*

Jacqueline Calderin, Chapter 7 Trustee for the above captioned bankruptcy estate (the "Trustee"), by and through undersigned counsel and pursuant to Rule 37 of the Federal Rules of Civil Procedure, made applicable by Rule 7037 of the Federal Rules of Bankruptcy Procedure, moves (the "Motion to Compel") for the entry of an order compelling Yoire M. Gonzalez (the "Debtor") to produce all documents responsive to *Trustee's Amended Notice of Taking Rule 2004 Examination Duces Tecum of the Debtor* [ECF# 38]. In support of the Motion, the Trustee states as follows:

BACKGROUND

1. This matter was initiated by the Debtor upon the filing of a Voluntary Petition for relief under Chapter 7 of the Bankruptcy Code in this Court on June 30, 2016 [ECF #1] (the "Petition Date").

2. The 341 Meeting of Creditors was held and concluded on August 1, 2016 at 4:00 p.m. (the "341 Meeting") [ECF # 2 and ECF# 12]. At the conclusion of the 341 Meeting, the Trustee requested the Debtor to produce additional business records, including bank statements for the Debtor's business, G&G Cargo LLC, as well as an accounting for the use of certain funds used by the Debtor to fund the business. Despite additional requests by counsel to

1

the Trustee, the Debtor did not produce the requested documents and has not produced the requested documents as of the date of this Motion.

3. Consequently, on December 30, 2016, the Trustee filed the *Trustee's Notice of Taking Rule 2004 Examination Duces Tecum of the Debtor* [ECF# 37] (as subsequently amended, the "2004 Notice"), which scheduled the examination of the Debtor under Bankruptcy Rule 2004 (the "2004 Examination") for January 18, 2017 and required the Debtor to produce certain documents regarding the Debtor's assets and liabilities, including the Debtor's business records and those records requested by the Trustee at the 341 Meeting. The 2004 Notice, as amended by ECF #38, requires the Debtor to produce all requested documents and to provide a written response to the requests on or before January 13, 2017 (the "Production Deadline").

4. Subsequently, after conferring with counsel for the Debtor, the Trustee agreed to postpone the 2004 Examination provided that the request for documents contained in the 2004 Notice remained effective. Thus, the Trustee filed a *Notice of Cancellation of Notice of Taking Rule 2004 Examination* [ECF# 41], which states that it does not in any way affect the Debtor's obligation to produce documents to the Trustee pursuant to the 2004 Notice.

5. Over a month has passed since the Production Deadline, and despite repeated attempts to obtain the Debtor's compliance, the Debtor has not produced any documents responsive to the 2004 Notice.[1]

## RELIEF REQUESTED AND BASIS THEREFOR

6. By this Motion, the Trustee seeks an order compelling the Debtor to produce all documents responsive to the 2004 Notice. The Debtor has failed to comply with the Trustee's request for production of documents and has not produced a single document over a month after

---

[1] Counsel for the Debtor has sought to withdraw from representation of the Debtor in this case based on counsel's inability to obtain the Debtor's cooperation as well as the Debtor's lack of communication with counsel [ECF #32]..

**EHRENSTEIN CHARBONNEAU CALDERIN**
**501 Brickell Key Drive · Suite 300 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com**

the Production Deadline has passed. Without the requested documents, the Trustee cannot complete her diligence and analysis of the nature and extent of the Debtor's assets and liabilities. Thus, the Trustee has no choice but to file this Motion seeking to compel the Debtor's compliance so that she can properly administer the case.

**WHEREFORE** the Trustee respectfully requests that the Court enter an order: (a) compelling the Debtor to comply with the 2004 Notice, and (b) providing for any additional relief that this Court deems just and proper.

> EHRENSTEIN CHARBONNEAU CALDERIN
> *Counsel for Chapter 7 Trustee*
> 501 Brickell Key Drive, Suite 300
> Miami, Florida 33131
> T. 305.722.2002     F. 305.722.2001
> www.ecclegal.com
>
> By:   */s/ Matthew A. Petrie*
>         Matthew A. Petrie
>         Florida Bar No: 44770
>         map@ecclegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case, via E-Mail to Mr. Jose Blanco, Esq. (jblanco@bankruptcyclinic.com) counsel for the Debtor, via U.S. Regular Mail and U.S. Certified Mail to the Debtor, as indicated below on February 17, 2017.

> *I HEREBY CERTIFY* that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 1-2090(A).

        EHRENSTEIN CHARBONNEAU CALDERIN
        *Counsel for Chapter 7 Trustee*
        501 Brickell Key Drive, Suite 300
        Miami, Florida 33131
        T. 305.722.2002    F. 305.722.2001
        www.ecclegal.com


By:   */s/ Matthew A. Petrie*
        Matthew A. Petrie
        Florida Bar No: 44770
        map@ecclegal.com


**Via U.S. Mail and Certified Mail:**
Yoire M. Gonzalez
1305 NW 182 Street
Miami, FL 33169-4156