**ORDERED in the Southern District of Florida on March 13, 2017.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: Yoire M Gonzalez

Case No: 16-19260-LMI
Chapter 7

Debtor(s) /

**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

**THIS MATTER** having come to be heard on this 9th day of March, 2017 upon hearing on Debtors' Counsel's Motion to Withdraw as Attorney of Record [ECF#32], IT IS;

**ORDERED AND ADJUDGED:**

1. Debtor's Counsel's Motion to Withdraw as Attorney of Record is GRANTED.
2. Robert Sanchez, Esq., is hereby relieved of further responsibility in this case.
3. All future correspondence regarding this case is to be served on Debtor at the following address:

**Yoire M. Gonzalez**
**1305 NW 182 St**
**Miami, FL 33169-4156**

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties.