United States Bankruptcy Court
Southern District of Florida

In re:
Yoire M Gonzalez
Debtor

Case No. 16-19260-LMI
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113C-1 User: idabarr Page 1 of 1 Date Rcvd: Mar 14, 2017
Form ID: pdf004 Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2017.

db Yoire M Gonzalez, 1305 NW 182 St, Miami, FL 33169-4156
+Robert Sanchez, Esq., 355 West 49th St, Hialeah, FL 33012-3715

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2017 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2017 at the address(es) listed below:

Howard S Toland on behalf of Creditor Wholesale Truck and Finance llc htoland@mitrani.com
Jacqueline Calderin calderintrustee@gmail.com, jcalderin@ecf.epiqsystems.com;calderintrustee@ecf.inforuptcy.com
Jacqueline Calderin on behalf of Trustee Jacqueline Calderin calderintrustee@gmail.com, jcalderin@ecf.epiqsystems.com;calderintrustee@ecf.inforuptcy.com
Matthew A Petrie on behalf of Trustee Jacqueline Calderin map@ecclegal.com, nsocorro@ecclegal.com;bankruptcy@ecclegal.com;map@ecf.inforuptcy.com;bankruptcy.ecc@ecf.courtdrive.com
Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
Robert Sanchez, Esq on behalf of Debtor Yoire M Gonzalez court@bankruptcyclinic.com, courtECFmail@gmail.com

TOTAL: 6

**ORDERED in the Southern District of Florida on March 13, 2017.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: Yoire M Gonzalez

Case No: 16-19260-LMI
Chapter 7

Debtor(s) /

**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

**THIS MATTER** having come to be heard on this 9th day of March, 2017 upon hearing on Debtors' Counsel's Motion to Withdraw as Attorney of Record [ECF#32], IT IS;

**ORDERED AND ADJUDGED:**

1. Debtor's Counsel's Motion to Withdraw as Attorney of Record is GRANTED.
2. Robert Sanchez, Esq., is hereby relieved of further responsibility in this case.
3. All future correspondence regarding this case is to be served on Debtor at the following address:

**Yoire M. Gonzalez**
**1305 NW 182 St**
**Miami, FL 33169-4156**

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties.